**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

DEBTOR: Loretta Clark Williams   JOINT DEBTOR: _____   CASE NO.: 16-25151-AJC
Last Four Digits of SS# 8263   Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 2311.35 for months 1 to 60 ; in order to pay the following creditors:

Administrative:    Attorney's Fee - $ 3650 + $525 Motion to value = 3975 TOTAL PAID $ 1500
    Balance Due   $ 2475 payable $ 82.50/month (Months 1 to 30)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Suntrust Bank              Arrearage on Petition Date  $ 16,772.96
Address: POB 85092            Arrears Payment   $ 279.55   /month (Months 1 to 60)
Richmond, VA 23286            Regular Payment   $ 1492.93  /month (Months 1 to 60)
Account No: xxxx1428

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Santander Consumer USA, Inc d/b/a Chrysler Captial Account No: 8932 | 2014 Chrysler 300 4D $11,000 | 5.25% | $208 | 1 To 60 | $208.00 at 5.25% interest for a total payment of $12530.75 |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None                Total Due  $_____
    Payable   $_____/month (Months ___ to ___) Regular Payment $_____

Unsecured Creditors: Pay $ 17.24/month (Months 1 to 30) and Pay $ 99.74 /month (Months 31 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: None

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

    /s/Robert Sanchez, Esq.
Attorney for the Debtor                    Joint Debtor
Date: 11-16-2016                           Date: _____

LF-31 (rev. 01/08/10)