PROBER & RAPHAEL, A LAW CORPORATION
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364
(818) 227-0100
(818) 227-0637 facsimile
cmartin@pralc.com
C.241-4502.NF

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re                                                                Bk. No. 16-25151-AJC

Loretta Clark Williams AKA Loretta Williams,
Loretta C Williams, Loretta Clark,
Loretta Clark Williams,                                   Chapter 13

            Debtor.
_____/

## REQUEST FOR SPECIAL NOTICE

IT IS HEREBY REQUESTED that copies of any documents, pleadings or Orders for which claimant Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust A, its assignees and/or successors in interest, is entitled to service or notice, with regard to the real property described as 3541 NW 210 Terr, Miami, Florida 33056 (Loan No. XXXX8802), and that a courtesy copy also be sent to:

**PROBER & RAPHAEL, A LAW CORPORATION**
**20750 Ventura Boulevard, Suite 100**
**Woodland Hills, California 91364**

This does not constitute a general appearance for any purpose and is not a waiver of any service requirements, under applicable law, including, but not limited to Bankruptcy Rule 7004.

Dated: November 18, 2016          By /s/ Dean R. Prober
                                                  DEAN R. PROBER, ESQ., CA BAR # 106207
                                                  As Agent for Claimant

1

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Daniel Maximo, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On November 21, 2016, I served the within REQUEST FOR SPECIAL NOTICE on all interested parties in this proceeding by placing true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Woodland Hills, California, addressed as follows:

Loretta Clark Williams
3541 NW 210 Terrace
Miami Gardens, FL 33056-1254
Debtor

Robert Sanchez, Esquire
355 West 49 Street
Hialeah, FL 33012
Attorney for Debtor

Nancy K. Neidich
Post Office Box 279806
Miramar, FL 33027
Chapter 13 Trustee

I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on November 21, 2016, at Woodland Hills, California.

/s/ Daniel Maximo