# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
## CHAPTER 13 PLAN (Individual Adjustment of Debts)
### 1st amended plan

DEBTOR: Loretta Clark Williams   JOINT DEBTOR: _____   CASE NO.: 16-25151-AJC
Last Four Digits of SS# 8263   Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of  60  months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 2511.72 for months  1 to  60 ; in order to pay the following creditors:

<u>Administrative</u>:    Attorney's Fee - $ 3650 + $525 Motion to value = 3975 TOTAL PAID $ 1500
    Balance Due    $ 2475  payable $ 82.50/month (Months  1 to  30)

<u>Secured Creditors</u>: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Carrington Mortgage Services, LLC    Arrearage on Petition Date  $ 27,592.59
Bankruptcy Department
Address: POB 3730    Arrears Payment  $ 459.88 /month (Months  1 to  60)
Anaheim, CA 92806    Regular Payment  $ 1492.93 /month (Months  1 to  60)
Account No: xxxx8802

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Santander Consumer USA, Inc d/b/a Chrysler Captial Account No: 8932 | 2014 Chrysler 300 4D $11,000 | 5.25% | $208 | 1 To 60 | $208.00 at 5.25% interest for a total payment of $12530.75 |

<u>Priority Creditors</u>: [as defined in 11 U.S.C. §507]

1. None    Total Due $_____
    Payable    $_____/month (Months ___ to ___) Regular Payment $_____

<u>Unsecured Creditors</u>: Pay $ 17.24/month (Months 1 to  30) and Pay $ 99.74 /month (Months 31 to  60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: None

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

    /s/Robert Sanchez, Esq.
Attorney for the Debtor    Joint Debtor
Date: 12-08-2016    Date: _____

LF-31 (rev. 01/08/10)