UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

    Loretta Clark Williams      Case No. 16-25151-AJC

    Debtor(s).      Chapter 13

_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Motion to Value, Exhibit, and Notice of Hearing was sent to all parties on the attached service list on December 15, 2016.

Electronically: Nancy K. Neidich, Trustee

First Class Mail:

Debtor(s), Loretta ClarkWilliams
3541 NW 210 Terrace
Miami Gardens, FL 33056-1254

**Certified Mail:**

Santander Consumer USA, Inc
8585 N STEMMONS, SUITE 1100 -N
DALLAS TX 75247

Santander Consumer USA, Inc
c/o Registered Agent C T
CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION FL 33324 US

Santander Consumer, USA, Inc
c/o CEO THOMAS G. DUNDON
8585 N STEMMONS FRWY
DALLAS TX 75247

Chrysler Capital
P.O. Box 961279
Fort Worth, TX 76161

Chrysler Capital
Peter Grady, Vice President
1010 Mockingbird Lane, Suite 100
Dallas, TX 75247

    Respectfully Submitted:

    **ROBERT SANCHEZ, P.A.**
    Attorney for Debtor
    355 West 49th Street

Hialeah, FL 33012
Tel. 305-687-8008

By:*/s/ Robert Sanchez*_____
 Robert Sanchez, Esq., FBN#0442161