RE: <u>LORETTA CLARK WILLIAMS</u>           **PRO SE**       Case # <u>16-25151 AJC</u>

**TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION AND RECOMMENDATION** (Pre 341)

The Trustee reviewed this case for confirmation and found the following deficiencies from the Trustee's letter requesting documents and prior deficiencies and thus objects as follows:

___ Tax returns:
✓ Bank Account Statements ✓ 3 months pre-petition
#4250 00/01/30 (10/01-11/10/16)

___ Check copy

___ Explain W/D
✓ FMV(NADA/Carmax), Reg and (Payoff:) Vehicles
14 CHRYSLER
✓ FMV and (Payoff:) Real Estate

___ Non homestead Information Sheet
___ Wage deduction order or motion to waive
**BUSINESS DEBTOR DOCUMENTS**
___ BDQ & attachments    Profit & Loss    Balance Sheet
___ Bank statements and checks    3 months

___ Photo ID(s)    LF 90    LF67    LF10
___ Domestic Support Info: name address and phone
___ Affidavit of Support
___ Missing 2016(B)
✓ Other provisions Gambling Language, IVL & Lawsuit

___ Plan does not fund
✓ Calculation errors/improper months AP-ATTY FEES
✓ Valuation motion has not been filed
___ LMM/MMM motion not filed
___ Reaffirm, redeem or surrender Sch D & G creditor
___ Creditor on plan not listed in Schedules or no filed POC
___ Priority debt on Sch E not in plan
___ Object or Conform to Proof of Claim
   ___ Miami-Dade County    ___ Tax Certificate(DE#___)
   ___ Dept of Revenue    ___ IRS

✓ Other: FMV 9MM SMITH & WESTON

___ Fee application (see court guideline 6)
___ Income understated ___ stubs ___ taxes
    co-debtor ___ stubs ___ taxes
___ Spouse's pay advices/spouse's wages not disclosed
✓ Proof of household size (government ID w/ address) and income of all adults - a Child Support of grand children
___ Best effort < 36 months < 60 months
✓ Expenses objectionable: Sch J ☐ Provide Proof

✓ D/I > 100%  < 90% (Feasibility)
___ Info on transfer  SOFA ___ undisclosed
___ Tolling Agreement(s)

___ **Objection to Exemption** (specifics to be filed)
    To be heard with confirmation at 1:30 pm
___ Ch 7 s/b___ plus tax refund / valuations
___ Good faith to unsecured
___ Expenses: documentation/calculation: CMI line

___ CMI/DI ___ x 60 = ___
☐ Plus income/expenses issues ☐ Trustee est. $___
___ Undervalued collateral should be crammed down

Other: Unemployment not SS benefit is Flaodo amend CMI
Amend sh B to list 2 lawsuits Casino + Citizen.

Trustee reserves the right to raise additional objects until all requested documents are timely provided.

***IMPORTANT NOTICE REGARDING CONFIRMATION:** IF THE DEBTOR(S) OBJECTS TO THE TRUSTEE'S RECOMMENDATION ON THE PUBLISHED CALENDAR, THE DEBTOR'S ATTORNEY MUST CONTACT THE TRUSTEE'S OFFICE AND SPEAK TO AN ATTORNEY BEFORE 2PM THE DAY PRIOR TO THE HEARING OR THE RECOMMENDATION WILL BE DEEMED UNCONTESTED BY THE DEBTOR.* **The Trustee's calendar will be published prior to the confirmation hearing - contact the Trustee's office on how to locate the calendar on her web site - access is limited. <u>The debtor or debtor's attorney must appear at the confirmation hearing</u> The debtor may still be dismissed for failure to fund the plan if they are delinquent in payments. Please note: documents that were not timely filed/received by the trustee may not be considered or reviewed until the next hearing date.

**Deficiencies must be cured by 5 pm on** 1-16-17 **to avoid dismissal**
**The Trustee will recommend dismissal of this case unless a) The Trustee receives copies of all requested documents as listed above, b) The Trustee receives a written response with "back-up documentation" of all issues raised, c) The debtor files all amendments, and d) The debtor files and properly serves all motions and self-calendars those motions for the first confirmation hearing.**

I hereby certify that a true and correct copy of the foregoing was served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court. Submitted by NANCY K. NEIDICH CHAPTER 13 TRUSTEE, P.O. BOX 279806, MIRAMAR, FL 33027