**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
**3rd amended plan**

DEBTOR: Loretta Clark Williams   JOINT DEBTOR: _____   CASE NO.: 16-25151-AJC
Last Four Digits of SS# 8263   Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

   A.   $ 2516.36 for months 1 to 60 ; in order to pay the following creditors:

Administrative:   Attorney's Fee - $ 3650 + $525 Motion to value = 4175 TOTAL PAID $ 1500
                  Balance Due   $ 2675 payable $ 89.16/month (Months 1 to 30)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Carrington Mortgage Services, LLC        Arrearage on Petition Date  $ 27,592.59
Bankruptcy Department
Address: POB 3730                           Arrears Payment    $ 459.88    /month (Months 1 to 60)
Anaheim, CA 92806                           Regular Payment    $ 1492.93   /month (Months 1 to 60)
Account No: xxxx8802

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Santander Consumer USA, Inc d/b/a Chrysler Captial Account No: 8932 | 2014 Chrysler 300 4D $11,000 | 5.25% | $208 | 1 To 60 | $208.85 at 5.25% interest for a total payment of $12530.75 |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None _____   Total Due $_____
                                 Payable   $_____/month (Months ___ to ___ ) Regular Payment $_____

Unsecured Creditors:  Pay $ 13.91/month (Months 1 to 30) and Pay $ 103.07 /month (Months 31 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: If the debtor receives gambling winnings during the pendency of the plan the debtor shall turn over any gross winnings to the Chapter 13 Trustee for the benefit of the unsecured creditors. The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income. The debtor will modify the plan to provide for the distribution of funds recovered from her pending personal injury lawsuit which are not exempt to the unsecured creditors.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

   /s/Robert Sanchez, Esq.                              _____
Attorney for the Debtor                                Joint Debtor
Date:   1-27-2017                                      Date: _____

LF-31 (rev. 01/08/10)