STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                          Case No.: 16-25151-BKC-AJC
                                                                Chapter 13
Loretta Clark Williams,

    Debtor(s).

_____/

### TRUSTEE'S MOTION TO REDIRECT PAYMENT AND CERTIFICATE OF SERVICE OF NOTICE OF HEARING

Nancy K. Neidich, Standing Chapter 13 Trustee, files the instant *Motion to Redirect Payment* and states as follows:

1. The Confirmed Plan pays the Carrington Mortgage Services, LLC ("Creditor") as an unsecured priority creditor.

2. The Creditor has filed proof of claim number 5, which lists an arrearage on secured debt that is lower than the confirmed plan.

3. The Trustee requests that the Creditor arrearage on the secured claim listed in the Confirmed Plan be paid up to the amount listed in the Creditor's proof of claim and the remainder be redirected, pro-rata, to general unsecured creditors, or, if none, to the Debtor(s).

**WHEREFORE**, the Trustee requests that the Creditor arrearage on the secured claim listed in the Confirmed Plan be paid up to the amount listed in the Creditor's proof of claim and the remainder be redirected, pro-rata, to general unsecured creditors, or, if none, to the Debtor(s) and for any further relief the Court deems necessary.

Respectfully submitted:
NANCY K. NEIDICH,
Standing Chapter 13 Trustee

By: /s/

JOSE I. MICELI, ESQ.
FLORIDA BAR NO: 0077539
P.O. BOX 279806
MIRAMAR, FL 33027
(954) 443-4402

Dated: 4/24/17

## CERTIFICATION OF SERVICE

I certify that a true and correct copy of the foregoing was served on 4/24/17 via CM/ECF the Counsel for the Debtor(s) and:

**By regular U.S. mail:**

CARRINGTON MORTGAGE SERVICES, LLC
1600 S. Douglass Rd
Anaheim, CA 92806

Wilmington Savings Fund Society
Attn: Mark A. Turner, CEO
500 Delaware Avenue
Wilmington, Delaware 19801
Certified Mail No.: 7015 3010 0000 8643 3258

/s/
JOSE I. MICELI, ESQ.