UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                                    Case No. 16-25151-AJC
　　　Loretta Clark Williams

　　　　　　Debtor(s).                                      Chapter 13
_____/

## MOTION TO MODIFY CHAPTER 13 PLAN AND RESPONSE IN OPPOSITION TO MOTION TO REDIRECT PAYMENT

**COMES NOW,** the Debtor, by and through her undersigned counsel and files this Motion to Modify Chapter 13 Plan and as grounds states as follows:

1. On November 10, 2016 the instant case was filed.

2. The Debtor is curing and maintaining the mortgage with WILMINGTON SAVINGS FUND SOCIETY, FSB, et al c/o Carrington Mortgage Services, LLC, (herein "Creditor").

3. On March 7, 2017 Debtor's Third Amended Chapter 13 plan was confirmed.

4. On March 16, 2017, WILMINGTON SAVINGS FUND SOCIETY, FSB, et al c/o Carrington Mortgage Services, LLC, ("Creditor"), filed a secured proof of claim #5 in the amount of $194,788.79 with an arrearage of $23,715.47 which was $3,877.12 lower than the plan.

5. The same proof of claim increased the regular monthly payment from $1,492.93 to $1,520.70 which was $27.77 lower than the plan.

6. Debtor desires to modify her plan in order to provide for the correct amounts to the secured Creditor.

7. On April 24, 2017, the Trustee filed a Motion to Redirect Payment from the changed arrearage to go to the unsecured creditors.

8. The Debtor relies on $1,400.00 a month in family contributions to support her plan.

9. The Debtor has had a decrease in the family contributions and cannot pay the increased amount of the current plan.

10. Subsequent to the filing of this motion, the Debtor will file amended schedules to disclose the decrease in income.

11. Thus, the Debtor also wishes to modify her plan to resolve the decrease in income.

12. Based on the foregoing, the Debtor opposes the Trustee's Motion to Redirect Payment.

**WHEREFORE**, undersigned counsel prays that this Honorable Court enter an Order Granting and Approving debtor's First Modified Plan and Deny the Trustee's Motion to Redirect Payment.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 910(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing was sent via ecf to Nancy K. Neidich, Trustee and U.S. Mail on May 19, 2017: to all parties on the service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtors
355 W 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:*/s/ Robert Sanchez*_____
   Robert Sanchez, Esq., FBN#0442161